HOMER P. LEE, JR., *et al., v.* R. M. DUNCAN, EXECUTOR.

(In Banc. Dec. 20, 1943.)

[16 So. (2d) 31. No. 35478.]

Conner & Nobles, of Jackson, for appellants.

Rawls & Hathorn and Hall & Hall, all of Columbia, for appellee.

**Smith, C. J.**, delivered the opinion of the court.

The cause is controlled by the case of Homer P. Lee, Jr., et al., v. W. T. Boyd et al., 195 Miss. 794, 16 So. (2d) 30, this day decided, from which it follows that the appellant, Coates, must be held to be a bona fide purchaser for value of the property here involved, without notice of any defect in the title of his grantor thereto.

Affirmed as to Lee, but reversed and bill dismissed as to Coates.